[No. 46473-0-II.  Division Two.  December 15, 2015.]

*In the Matter of the Parenting and Support of* H.R.H.

RACHEL M. CHRISP, *Respondent*, v. MARK C. HEATH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-3-03781-4, Gerald T. Costello, J., entered June 17, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 46572-8-II.  Division Two.  December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM C. BOUCK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00193-0, James E. Warme, J., entered July 15, 2014. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 46618-0-II.  Division Two.  December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD ANTHONY BUURMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01284-5, Scott A. Collier, J., entered August 18, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 46687-2-II.  Division Two.  December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL PARNEL BERRIAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03133-9, Gerald T. Costello, J., entered September 12, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.